UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

United States of America,                 )     Case No. **4:22-mj-71156-MAG-2**
                                          )
          *Plaintiff*,                    )     STIPULATED ORDER EXCLUDING TIME
     v.                                   )     UNDER THE SPEEDY TRIAL ACT
                                          )
**Veronica Mora**                         )
          *Defendant(s)*.                 )
                                          )

For the reasons stated by the parties on the record on ____**9/8/22**____, the court excludes time under the Speedy Trial Act from ____**9/8/22**____ to ____**9/22/22**____ and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

**FILED**

SEP -8 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ Failure to grant a continuance would be likely to result in a miscarriage of justice.
      *See* 18 U.S.C. § 3161(h)(7)(B)(i).

_____ The case is so unusual or so complex, due to [*check applicable reasons*] _____ the number of
      defendants, _____ the nature of the prosecution, or _____ the existence of novel questions of fact
      or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
      itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
      taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
      counsel's other scheduled case commitments, taking into account the exercise of due diligence.
      *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ Failure to grant a continuance would unreasonably deny the defendant the reasonable time
      necessary for effective preparation, taking into account the exercise of due diligence.
      *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____ With the consent of the defendant, and taking into account the public interest in the prompt
      disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first
      paragraph and — based on the parties' showing of good cause — finds good cause for extending
      the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
      extending the 30-day time period for an indictment under the Speedy Trial Act (based on the
      exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

DATED: ____**9/8/22**____

_____
DONNA M. RYU
United States Magistrate Judge

STIPULATED: _____          _____
            Attorney for Defendant                    Assistant United States Attorney
                                                      *Daniel Pastor*

v. 1/10/2019